United States District Court
Southern District of Texas
**ENTERED**
July 13, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| *versus* § § | Case No. 4:20–mj–01211 |
| Joshua Thomas Argires § | |

## ORDER APPOINTING COUNSEL

Because the defendant has satisfied this court that he or she is financially eligible for court-appointed counsel, the court appoints the Federal Public Defender to represent the defendant.

Signed at Houston, Texas, on July 13, 2020.

_____
Peter Bray
United States Magistrate Judge